IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREDERICK FOSTER, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 11-7303 |
| v. | : | |
| | : | |
| PITNEY BOWES INC, | : | |
| UNITED STATES POSTAL SERVICE, | : | |
| and JOHN DOES 1-10, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 23rd day of July 2012, upon consideration of Defendant USPS's Motion to Dismiss (Doc. No. 14); Plaintiff's Response in Opposition and supplemental exhibits (Doc. Nos. 20 and 23), and the arguments made by counsel for the parties at the July 2, 2012 hearing, it is **ORDERED** that Defendant USPS's Motion to Dismiss (Doc. No 14) is **GRANTED** and the Complaint is **DISMISSED** with prejudice against Defendant USPS.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.