IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK FOSTER,<br><br>             Plaintiff,<br><br>    v.<br><br>PITNEY BOWES CORPORATION, et al.,<br><br>             Defendants. | CIVIL ACTION<br>NO. 11-7303 |

## ORDER

**AND NOW**, this 12th day of April 2013, upon consideration of Plaintiff Frederick Foster's Motion for Reconsideration (Doc. Nos. 53, 54), Defendant Pitney Bowes, Inc.'s Response in Opposition (Doc. No. 55), Defendant United States Postal Service's Response in Opposition (Doc. No. 57), and Plaintiff's Reply in Further Support (Doc. No. 58), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Plaintiff's Motion for Reconsideration and Motion for Leave to Amend the Complaint (Doc. Nos. 53, 54) are **DENIED**.

2. This case shall remain closed for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.