IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICK FOSTER,<br><br>          Plaintiff,<br><br>v.<br><br>PITNEY BOWES CORPORATION, et al.,<br><br>          Defendants. | CIVIL ACTION<br>NO. 11-7303 |

## ADDENDUM TO ORDER DATED FEBRUARY 12, 2013

**AND NOW**, this 12th day of April 2013, upon consideration of Defendant Pitney Bowes, Inc.'s Motion for Judgment on the Pleadings (Doc. No. 35), and in light of the Court's Opinion dated February 7, 2013 (Doc. No. 50), Pitney Bowes' letter dated March 4, 2013 (Doc. No. 56), and the Court's Order issued this day denying Plaintiff's Motion for Reconsideration (Doc. No. 53), it is **ORDERED** as follows:

1. Judgment is entered in favor of Pitney Bowes and against Plaintiff on Count I of Pitney Bowes' Counterclaim (Non-Infringement of U.S. Patent No. 7,707,119).

2. Count II of Pitney Bowes' Counterclaim (Invalidity of U.S. Patent No. 7,707,119) is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(2).

3. This case shall remain closed for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.